United States District Court
Southern District of Texas
**ENTERED**
June 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22-CR-402-2 |
| | § | |
| IFEANYI NDUBISI OZOH | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for June 25, 2024) is hereby reset for sentencing on August 20, 2024, at 2:00 p.m. before the Honorable Randy Crane, in Courtroom 11-C, Eleventh Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

IT IS FURTHER ORDERED that the defendant's objections to the Presentence Investigation Report shall be due no later than August 13, 2024.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED June 24, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1