United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22-CR-402-2 |
| | § | |
| IFEANYI NDUBISI OZOH | § | |

### ORDER TO SURRENDER

The Defendant, **Ifeanyi Ndubisi Ozoh, USM #08058-506**

Having been sentenced to the custody of the Bureau of Prisons, is ORDERED to surrender on **Thursday, January 2, 2025, by 2:00 p.m.** to:

**FCI LOMPOC II**

**3901 KLEIN BLVD**

**LOMPOC, CA 93436**

**805-735-2771**

SO ORDERED November 29, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge